IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **TERESA WILLIAMS,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 14-6968 |
| **CAROLYN W. COLVIN,** | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| *Defendant*. | : | |

# O R D E R

AND NOW, this 21st day of March, 2016, upon consideration of Ms. Williams's Motion for Summary Judgment and accompanying brief in support thereof (Doc. No. 11), Defendant's Response to Request for Review (Doc. No. 13), and after review of United States Magistrate Judge Lynne A. Sitarski's Report and Recommendation (Doc. No. 14), to which no objections have been filed,[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Ms. Williams's Motion for Summary Judgment is **GRANTED** insofar as the matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings consistent with Magistrate Judge Sitarski's Report and Recommendation;

3. **JUDGMENT IS ENTERED** in favor of Ms. Williams, thereby reversing the decision of the Commissioner for the purpose of this remand only; and

---

[1] The Local Rules provide that "[a]ny party may object to a magistrate judge's order determining a motion or matter . . . within fourteen (14) days after issuance of the magistrate judge's order . . . ." E.D. Pa. Local R. Civ. P. 72.1(IV)(a). Judge Sitarski issued his Report and Recommendation on February 25, 2016 (Docket No. 14); objections were therefore due March 11, 2016.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

<u>S/Gene E.K. Pratter</u>
GENE E.K. PRATTER
United States District Judge